# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )  1:06-cr-177-TWP-KPF |
| | ) |
| BERNARD BURNETTE, | ) |
| Defendant. | ) |

## Entry Regarding Sentence Computation

The defendant's motion for good conduct credit has been considered. The defendant seeks credit for time served while in State custody and awaiting adjudication of certain charges. He does not challenge the sentence which was imposed, but challenges the Bureau of Prisons' computation of that sentence.

The responsibility for the computation of a sentence rests exclusively with the Federal Bureau of Prisons. *United States v. Wilson,* 503 U.S. 329, 334-35 (1992); see also *Shelton v. U.S.,* 317 Fed. Appx. 559 (7th Cir. 2009). Although it may be challenged through an action for a writ of habeas corpus, the sentencing court has no jurisdiction to review that computation. *Id.* Accordingly, the defendant's motion filed on June 11, 2012, [Dkt. 25] is **denied.**

**IT IS SO ORDERED.**

Date: 10/18/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Mr. Bernard Burnette
Reg. No. 06961-028
USP Terre Haute
P.O. Box 33
Terre Haute, IN  47808